**FILED**
NOV 14 2007
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-313 |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE ESTEBAN PATINO, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States to seal the Indictment in the above-captioned matter, the arrest warrant for the above-named defendant, the government's sealing motion and this order, and for good cause shown, it this _14_ day of _November_, 2007,

**ORDERED** that the Indictment in the above-captioned matter, the arrest warrant for the above named defendant, the government's sealing motion and this sealing order are hereby sealed for the purposes requested by the United States until further order of the Court; and it is further,

**ORDERED** that the Clerk shall be permitted to issue to the United States copies of the Indictment and arrest warrant for the defendant, and that the United States may inform the appropriate foreign authorities and provide to them copies of the same in order to effect the arrest and extradition of the defendant.

DATED: _11-14-07_

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA