UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | GRAND JURY ORIGINAL |
| | ) | |
| JORGE ESTABAN PATINO, | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. §§ 952, 960, and 963 |
| Defendant. | ) | Attempted Importation of One |
| | ) | Kilogram or More of Heroin |
| | ) | 21 U.S.C. §§ 959(b), 960, and 963 |
| | ) | Attempted Boarding an Aircraft as |
| | ) | U.S. Citizen While Possessing With |
| | ) | Intent to Distribute One |
| | ) | Kilogram or More of Heroin |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | 21 U.S.C. § 853 |
| | ) | Notice of Forfeiture |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 18, 2007, the defendant, JORGE ESTEBAN PATINO did knowingly and intentionally attempt to import from Colombia, a place outside the United States, into the United States, one kilogram or more of a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960, and 963, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about February 18, 2007, the defendant, JORGE ESTEBAN PATINO, an individual with dual citizenship in the United States and Colombia, while in Colombia, a place outside the United States, did knowingly attempt to board an aircraft, and, while boarding said aircraft, did possess with intent to distribute one kilogram or more of a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 959(b), 960, and 963, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

(1)   Upon conviction of the criminal violation alleged in Counts One and Two of this Indictment, the defendant, JORGE ESTABAN PATINO, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all respective right, title, or interest which the defendant may have in:

   (a)   any and all money and/or property constituting, or derived from, any proceeds which said defendants obtained, directly or indirectly, as the result of the violation alleged in Count One of this Indictment; and

   (b)   any and all property used, or intended to be used, in any matter or part, to commit or to facilitate the commission of, the violation alleged in Count One of this Indictment.

(2)   If any of property described in paragraph (1) above, as a result of any act of omission of the defendant

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

  (c)  has been placed beyond the jurisdiction of the Court;

  (d)  has been substantially diminished in value; or

  (e)  has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph (1) above.

  All in violation of Title 21, United States Code, Section 853.

              A TRUE BILL

              _____
              FOREPERSON


  Kenneth A. Blanco, Chief
  Narcotic and Dangerous Drug Section
  Criminal Division, Department of Justice


By: _____
  Donnell W. Turner
  Trial Attorney
  U.S. Department of Justice
  Criminal Division
  Narcotic and Dangerous Drug Section
  Washington, D.C.  20530
  (202) 307-5977