SEALED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 SPRING STREET, SW
### ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

DOCKETING SECTION
404-215-1655

December 19, 2007

**SEALED**
**FILED**

DEC 2 1 2007

Clerk, U.S. District and
Bankruptcy Courts

Nancy Mayer-Whittington, Clerk of Court
United States District Court
District of Colombia
Office of the Clerk
1225 E. Barrett Prettyman U.S. Courthouse
3333 Constitution Avenue, N.W.
Washington, D.C. 20001

CR 07-313-PLF

Re:    ***USA v. Jorge Esteban Patino***
       **NDGA Case No. 1:07-mj-1521**
       **Your Case Number: 07-313**

Dear Ms. Mayer-Whittington:

Rule 5(c)(3) proceedings were held in this district on December 13, 2007 as to defendant Jorge Esteban Patino. Enclosed are our documents of said proceedings and a certified copy of our docket sheet.

Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1664.

Sincerely,

James N. Hatten
Clerk of Court

By: s /Robin Y. Chambers
Deputy Clerk

AO 94 (Rev. 12/03) Commitment to Another District

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT

NORTHERN | District of | GEORGIA

DEC 1 7 2007

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA
**V.**
JORGE ESTABAN PATINO

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 07-313 | 1:07-MJ-1521 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of     21     **U.S.C. §** 952, 960 & 963

**DISTRICT OF OFFESE**
COLUMBIA

**ATTEST: A TRUE COPY**
CERTIFIED THIS

**DESCRIPTION OF CHARGES:**

ATTEMPTED IMPORTATION OF HEROIN INTO THE UNITED STATES

DEC 1 7 2007

James N. Hatten, Clerk
By
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☐ No | X Yes | Language:  SPANISH |
|---|---|---|---|

**DISTRICT OF** COLUMBIA

**TO: THE UNITED STATES MARSHAL**

    You are hereby commanded to take custody of the above named defendant and to transport that
defendant with a certified copy of this commitment forthwith to the district of offense as specified above
and there deliver the defendant to the United States Marshal for that District or to some other officer
authorized to receive the defendant.

DECEMBER 17, 2007
Date

Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

%a AO 472 (Rev 3/86) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

DE  1 7 2007

| NORTHERN | District of | GEORGIA |

JAMES N. HATTEN, Clerk

By: _____
Deputy Clerk

UNITED STATES OF AMERICA

V.

**ORDER OF DETENTION PENDING TRIAL**

JORGE ESTABAN PATINO

Case Number:  1:07-MJ-1521

*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed    that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☑ (1) There is probable cause to believe that the defendant has committed an offense
  - ☑ for which a maximum term of imprisonment of ten years or more is prescribed in _21 USC § 955, 960 + 963_
  - ☐ under 18 U.S.C. § 924(c).
- ☑ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☑ (1) There is a serious risk that the defendant will not appear.
- ☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

  _Defendant is dual USA/Columbia citizen. Wife and mother are in Columbia. Defendant jumped out a 2nd story window and forgot to run when DEA came to felt to arrest_

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence  that

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| DECEMBER 17, 2007 | _____ |
| Date | *Signature of Judicial Officer* |
| | C. CHRISTOPHER HAGY, U S  MAGISTRATE JUDGE |
| | *Name and Title of Judicial Officer* |

*Insert as applicable  (a) Controlled Substances Act (21 U S C  § 801 *et seq* ), (b) Controlled Substances Import and Export Act (21 U S C  § 951 *et seq* ), or (c) Section 1 of Act of Sept  15, 1980 (21 U S C  § 955a)

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**          FILED IN OPEN COURT

DATE: ___12/17/07___ @ __2:16___

TAPE: __CCH 07-25__ @ __5218___

TIME IN COURT· _____16 Min_____

MAGISTRATE JUDGE ___C. Christopher Hagy___          COURTROOM DEPUTY CLERK: ___Carole Burks___

CASE NUMBER· ___1:07-MJ-1521___          DEFENDANT'S NAME: ___JORGE PATINO___

AUSA· _____MARY ROEMER_____          DEFENDANT'S ATTY: ___BRIAN MENDELSOHN___

USPO / PTR: _____          ( ) Retained    ( ) CJA    ( X ) FDP    ( ) Waived

_____ ARREST DATE _____

_____ Initial appearance hearing held.          _____ Defendant informed of rights.

__X__ Interpreter sworn: ___ALBA MALES___

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.          _____ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint, held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.          _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed.  Pretrial hearing set for _____ @ _____

_____ Pretrial hearing set for _____ @ _____    ( In charging district.)

__X__ Bond/Pretrial detention hearing held.

__X__ Government motion for detention   ( X ) GRANTED    ( ) DENIED

_____ Pretrial detention ordered.    _____ Written order to follow.

_____ BOND set at    $ _____    _____ NON-SURETY    _____ SURETY

_____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed.  Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   ( _____ verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

_____ See page 2

Page 2

Defendant: _____    Case No.: _____

Date: _____

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits _____ RETAINED by the Court _____ RETURNED to counsel

AO 470 (Rev 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | GEORGIA |

DEC 1 3 2007

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

JORGE ESTABAN PATINO

_____
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case       1:07-MJ-1521

Upon motion of the _____ U. S. GOVERNMENT _____ , it is ORDERED that a

detention hearing is set _____ 12/17/07 _____ * at _____ 1:30 _____
                              Date                              Time

before _____ C. CHRISTOPHER HAGY _____
                    Name of Judicial Officer

_____ Courtroom 1879 18th Floor  U. S. Courthouse 75 Spring Street, S.W. Atlanta., GA 30303 _____
                              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
                    Other Custodial Official

Date: _____ December 13, 2007 _____          _____
                                                            Judicial Officer

_____
*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

5

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

DEC 1 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA        :

v.        :

JORGE ESTABAN PATINO        :

CRIMINAL ACTION

NO.  1:07-mJ-1521

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and KURT R. ERSKINE, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1.  **Eligibility of Case.**

This case is eligible for a detention order because this case involves (check all that apply):

_____        Crime of violence (18 U.S.C. § 3156)

_____        Maximum sentence of life imprisonment or death

__X__        10 + year drug offense

_____        Felony, with two prior convictions in the above categories

4

__   X   __    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice


2.   <u>Reason for Detention.</u>

The  Court  should  detain  defendant  because  there  are  no conditions  of  release  that  will  reasonably  assure  (check  one  or both):

_X___    Defendant's appearance as required

_X___    Safety of any other person and the community


3.   <u>Rebuttable Presumption.</u>

The  United  States  (will,  will  not)  invoke  the  rebuttable presumption  against  defendant  under  § 3142(e).   (If  yes)   The presumption applies because (check one or more):

_X___    There  is  probable  cause  to  believe  defendant  committed
         10 + year drug offense.

____     There is probable cause to believe defendant committed an
         offense  in  which  a  firearm  was  used,  carried,  or
         possessed under § 924(c).

____     Defendant has been charged with a federal offense that is
         described  in  § 3142(f)(1),  and
         (1)  defendant  has  been  convicted  of  a  Federal  offense
         that  is  described  in  §  (f)(1)of  this  section,  or  of  a

2

State or Local offense that would been an offense described in § (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed;

(2)  the offense described in paragraph (1) was committed while defendant was on release pending trial for a Federal, State or local offense; and

(3)  A period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described in paragraph (1), whichever is later.

_____    [Circle one] This is an offense involving a minor under 18 U.S.C. § 1201, or an offense under 18 U.S.C. § 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2),    2252(a)(3),    2252A(a)(1),    2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.  Time for Detention Hearing.

The United States requests the Court conduct the detention hearing:

_____     At the initial appearance.

__X__     After continuance of _2_ days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated:  this 13th day of December, 2007.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

KURT R. ERSKINE
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 249953

600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6047

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person

listed below a copy of the foregoing document by hand delivery:

Defense Counsel

This 13th day of December, 2007.

KURT R. ERSKINE
ASSISTANT UNITED STATES ATTORNEY

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

**FILED IN OPEN COURT**
U.S.D.C ATLANTA

NORTHERN _____ DISTRICT OF _____ GEORGIA  DEC 1 3 2007

UNITED STATES OF AMERICA

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER:  1:07-MJ-1521 _____

_____ JORGE PATINO _____

Defendant

CHARGING DISTRICTS
CASE NUMBER:  07-313 _____

I understand that charges are pending in the _____ District of _____ COLUMBIA _____

alleging violation of ___ 21 USC 952,960 and 959(b) ___ and that I have been arrested in this district and

(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X )  identity hearing

(   )  preliminary hearing

(   )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
*Defendant*

_____ December 13, 2007 _____          _____
*Date*                                               *Defense Counsel*

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**                FILED IN OPEN COURT

DATE: _12/13/07_ @ _5:31_

TAPE: _CCH 07-25_ @ _633_

TIME IN COURT: _10 min_

MAGISTRATE JUDGE _C. Christopher Hagy_        COURTROOM DEPUTY CLERK: _Carole Burks_

CASE NUMBER: _1:07-Mj-1521_        DEFENDANT'S NAME: _Jorge Esteban Patino_

AUSA: _Kurt Erskine_        DEFENDANT'S ATTY: _Brian Mendelsohn_

USPO / PTR: _____        ( ) Retained    ( ) CJA    ( ) FDP    ( ) Waived

____ ARREST DATE _____

_X_ Initial appearance hearing held.        _X_ Defendant informed of rights.

_X_ Interpreter sworn: _Alba Males_

## COUNSEL

_X_ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_X_ Defendant WAIVES identity hearing.        _X_ WAIVER FILED

____ Identity hearing HELD.    ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant WAIVES preliminary hearing in this district only.    ____ WAIVER FILED

____ Preliminary hearing HELD.    ____ Probable cause found; def. held to District Court for removal to other district

____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

_X_ Government motion for detention filed. Pretrial hearing set for _12/17/07_ @ _1:30_

____ Pretrial hearing set for _____ @ _____ ( _In charging district._)

____ Bond/Pretrial detention hearing held.

____ Government motion for detention  ( ) GRANTED    ( ) DENIED

____ Pretrial detention ordered.    ____ Written order to follow.

____ BOND set at    $ _____    ____ NON-SURETY    ____ SURETY

____ cash    ____ property    ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond filed.  Defendant released.

____ Bond not executed.   Defendant to remain in Marshal's custody.

____ Motion    (    verbal)    to reduce/revoke bond filed.

____ Motion to reduce/revoke bond    ____ GRANTED    ____ DENIED

____ See page 2

Page 2                    Defendant: _____    Case No.: _____

                          Date: _____


WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____


EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

_____


Original Exhibits    _____    RETAINED by the Court    _____    RETURNED to counsel

**WARRANT FOR ARREST** 1.07-mj-1526

OO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: **07-313** | MAGIS. NO: |
|---|---|---|

**v.**

**JORGE ESTEBAN PATINO**

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Jorge Esteban Patino
Medellin, Colombia

DOB: 09/2/1984     PDID:

| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
|---|---|

| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

ATTEMPTED IMPORTATION OF ONE KILOGRAM OR MORE OF HEROIN INTO THE UNITED STATES;

ATTEMPTED BOARDING OF AN AIRCRAFT AS A U.S. CITIZEN WHILE POSSESSING WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF HEROIN;

AIDING AND ABETTING;

ASSET FORFEITURE

Counts 1, 2, and Asset Forfeiture

For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By
Deputy Clerk

**UNITED STATES CODE TITLE & SECTION:**

IN VIOLATION OF:     21: 952, 960 and 963; 21: 959(b), 960 and 963; 18: 2; and 21: 853

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HWOB | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED |
|---|---|---|
| MAGISTRATE JUDGE KAY | ALAN KAY U.S. MAGISTRATE JUDGE | NOV 14 2007 November ___, 2007 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | | 11/14/07 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA     Yes          No   X | | OCDETF CASE:     Yes          No   X |
| ASE: | | |

## COUNT TWO

On or about February 18, 2007, the defendant, JORGE ESTEBAN PATINO, an individual with dual citizenship in the United States and Colombia, while in Colombia, a place outside the United States, did knowingly attempt to board an aircraft, and, while boarding said aircraft, did possess with intent to distribute one kilogram or more of a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 959(b), 960, and 963, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

(1)     Upon conviction of the criminal violation alleged in Counts One and Two of this Indictment, the defendant, JORGE ESTABAN PATINO, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all respective right, title, or interest which the defendant may have in:

      (a)     any and all money and/or property constituting, or derived from, any proceeds which said defendants obtained, directly or indirectly, as the result of the violation alleged in Count One of this Indictment; and

      (b)     any and all property used, or intended to be used, in any matter or part, to commit or to facilitate the commission of, the violation alleged in Count One of this Indictment.

(2)     If any of property described in paragraph (1) above, as a result of any act of omission of the defendant

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third party;

2

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without

difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

forfeiture of any other property of the defendant up to the value of the property described in

paragraph (1) above.

All in violation of Title 21, United States Code, Section 853.


A TRUE BILL


Deputy    FOREPERSON


Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice

By:    Donnell W. Turner
Donnell W. Turner
Trial Attorney
U.S. Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
Washington, D.C.  20530
(202) 307-5977

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By
Deputy Clerk

3

09:39:00 Mon Nov 19, 2007

```
 001 OF 001              DRUG ENFORCEMENT ADMINISTRATION      DATE: 11/19/07
DEA18433 09:36:17 11/19/07
-JIDEA.VADEA0750.*MRI8052810.
MESSAGE FROM NCIC
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.
MKE/WANTED PERSON
FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/VAUSM0000 NAM/PATINO,JORGE ESTEBAN SEX/M RAC/W POB/CB DOB/19840922
HGT/510 WGT/175 EYE/BRO HAI/BRO
MNU/PP-710742592
OFF/DANGEROUS DRUGS
DOW/20071114 OCA/0161412446
WNO/081611160364Z
MIS//PH202-3079100
DNA/N
ORI IS US MARSHALS SERVICE HEADQUARTERS ARLINGTON 202 307-9100
NIC/W093378970 DTE/20071116 1617 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
-
```

FILED IN OPEN COURT
U.S.D.C. - Atlanta

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DEC 1 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JORGE ESTABAN PATINO

           Defendant.

CASE NO. 1:07-MJ-1521

## ORDER APPOINTING COUNSEL

### BRIAN MENDELSOHN

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 13th day of December, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**

CLOSED, INTERPRETER

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-01521-CCH All Defendants
### Internal Use Only

Case title: USA v. Patino
Other court case number: 07-313 USDC, District of
                       Colombia

Date Filed: 12/13/2007
Date Terminated: 12/17/2007

Assigned to: Magistrate Judge C.
Christopher Hagy

**Defendant (1)**

**Jorge Esteban Patino**
*TERMINATED: 12/17/2007*

represented by **Jorge Esteban Patino**
PRO SE

**Brian Mendelsohn**
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303
404-688-7530
Email: Brian_Mendelsohn@FD.ORG
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

**Disposition**

ATTEST: A TRUE **COPY**
CERTIFIED THIS

DEC 1 9 2007

James N. Hatten, Clerk
By:
Deputy Clerk

**Disposition**

None

**Complaints**                                    **Disposition**

21:952, 960, and 959(B) -
CONTROLLED SUBSTANCE -
IMPORT

**Plaintiff**

USA                                    represented by **Kurt R. Erskine**
                                                     U.S. Attorney's Office -ATL
                                                     600 Richard Russell Building
                                                     75 Spring Street, S.W.
                                                     Atlanta, GA 30303
                                                     404-581-6047
                                                     Email: Kurt.Erskine@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | | Arrest (Rule 40) of Jorge Esteban Patino (ryc) (Entered: 12/19/2007) |
| 12/13/2007 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Brian Mendelsohn for Jorge Esteban Patino. Signed by Magistrate Judge C. Christopher Hagy on 12/13/07. (ryc) (Entered: 12/19/2007) |
| 12/13/2007 | 2 | Minute Entry for proceedings held before Magistrate Judge C. Christopher Hagy: Initial Appearance in Rule 5(c)(3) Proceedings as to Jorge Esteban Patino held on 12/13/2007. Defendant WAIVES removal hearing (as to identity only). Government's motion for detention filed. Pretrial hearing set for 12/17/07 at 1:30 p.m. (Attachments: # 1 Warrant For Arrest, USDC, District of Colombia) (Tape #CCH 07-25 @ 633.) Interpreted by Alba Males. (ryc) (Entered: 12/19/2007) |
| 12/13/2007 | 3 | WAIVER of Rule 40 Hearings by Jorge Esteban Patino (ryc) (Entered: 12/19/2007) |
| 12/13/2007 | 4 | MOTION for Detention by USA as to Jorge Esteban Patino. (ryc) (Entered: 12/19/2007) |
| 12/13/2007 | 5 | Order of Temporary Detention Pending Hearing pursuant to Bail Reform Act by Judge C. Christopher Hagy as to Jorge Esteban Patino. Detention Hearing set for 12/17/2007 01:30 PM in Courtroom 1879 before Magistrate Judge C. Christopher Hagy. (ryc) (Entered: 12/19/2007) |
| 12/17/2007 | 6 | Minute Entry for proceedings held before Magistrate Judge C. Christopher Hagy: Detention hearing held as to Jorge Esteban Patino (1). GRANTING |

| | | |
|---|---|---|
| | | 4 Government's Motion for Detention. (Tape #CCH 07-25 @ 5218.) Interpreted by Alba Males. (ryc) (Entered: 12/19/2007) |
| 12/17/2007 | 7 | ORDER OF DETENTION Pending Trial by Judge C. Christopher Hagy as to Jorge Esteban Patino. (ryc) (Entered: 12/19/2007) |
| 12/17/2007 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Jorge Esteban Patino. Defendant committed to the USDC, for the District of Colombia. Signed by Magistrate Judge C. Christopher Hagy on 12/17/07. (original and certified copies to USM by CRD) (ryc) (Entered: 12/19/2007) |
| 12/17/2007 | | Magistrate Case Closed. Defendant Jorge Esteban Patino terminated. (ryc) (Entered: 12/19/2007) |
| 12/19/2007 | 9 | Transmitted Rule 5(c)(3) Documents as to Jorge Esteban Patino sent to the USDC, for the District of Colombia via certified mail, rrr. Original file with certified copies of commitment and docket sheet. (ryc) (Entered: 12/19/2007) |