# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-313 | MAGIS. NO: |
| v.<br><br>JORGE ESTEBAN PATINO | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Jorge Esteban Patino | **FILED**<br>FEB 0 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:                    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

ATTEMPTED IMPORTATION OF ONE KILOGRAM OR MORE OF HEROIN INTO THE UNITED STATES;

ATTEMPTED BOARDING OF AN AIRCRAFT AS A U.S. CITIZEN WHILE POSSESSING WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF HEROIN;

AIDING AND ABETTING;

ASSET FORFEITURE

Counts 1, 2, and Asset Forfeiture

| UNITED STATES CODE TITLE & SECTION: | |
|---|---|
| IN VIOLATION OF: | 21: 952, 960 and 963; 21: 959(b), 960 and 963; 18: 2; and 21: 853 |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HWOB | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE KAY | ALAN KAY<br>U.S. MAGISTRATE JUDGE | NOV 14 2007<br>November ____, 2007 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>11/14/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2/4/08 | NAME AND TITLE OF ARRESTING OFFICER<br>J.P O'HBA<br>US District C#<br>Cellblock | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA · Yes     No  X | | OCDETF CASE:   Yes    No  X |
| CASE: | | |

1012446