UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. )   Criminal No. 07-313 (PLF)
Jorge Estaban Patino )
Defendant. )
)

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house __Jorge Estaban Patino__ at Central Treatment Facility until further Order of this Court.

_____   _____
February 21, 2008                  Judge Paul L. Friedman
Date                               United States District Court