IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) Cr. Case No. 07-313 (PLF) |
| | ) |
| **JORGE E. PATINO,** | ) |
| | ) |
| **Defendant;** | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


By:   /s/
    Carlos J. Vanegas
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C.  20004
    (202) 208-7500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance will be served by delivery to the mail box of the United States Attorney in the Federal District Courthouse on July 2, 2008 to:

>Nancy Jackson, Esq.
>Office of the United States Attorney
>for the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.  20001


_____/s/_____
Carlos J. Vanegas